UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOSUE ROMERO, Individually, and On
Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

BSN SPORTS, LLC,

                Defendant.
---------------------------------------------------------------x

Case No. 1:20-cv-08311-LJL

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: March 2, 2022        **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: March 4, 2022            **OGLETREE, DEAKINS, NASH,**
                                                 **SMOAK & STEWART, P.C. P.C.**

_____
Jamie Haar
599 Lexington Avenue – 17th Fl.
New York, NY 10022
212.492.2500
jamie.haar@ogletree.com

*Attorney for Defendant*

SO ORDERED:

_____
JUDGE LEWIS J. LIMAN
U.S. District Court
Southern District of New York
    4/26/2022

2